UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOY LEE BARNHART,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY; HOMEWARD RESIDENTIAL f/k/a AMERICAN HOME MORTGAGE SERVICING, INC.; WELLS FARGO BANK, NA as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, and Doe Defendants 1-20,<br><br>    Defendants. | No. 2:13-CV-0090-TOR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

BEFORE THE COURT is Defendant Homeward Residential and Defendant Wells Fargo Bank's Motion for Summary Judgment (ECF No. 61). The Court has reviewed the record and files herein, and is fully informed. For the reasons discussed in ECF No. 60 (granting Defendant Fidelity's Motion to Dismiss), the

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ~ 1

Court **GRANTS** Defendant Homeward Residential and Wells Fargo Banks' Motion for Summary Judgment (ECF No. 61).

Additionally, Plaintiff has not timely identified nor served the Doe defendants. See ECF No. 51 at 2. These placeholders are dismissed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment (ECF No. 61) is **GRANTED**.

2. No remaining defendants have been timely identified nor served, so the action is **DISMISSED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 18, 2017.

*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge